# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF TENNESSEE
# AT WINCHESTER

| | |
|---|---|
| DUSTY HAGGARD, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | No. 4:18-cv-46-TWP-SKL |
| ) | |
| BRENDA BURNS, TINA TANNER and ) | |
| DR. WILLIAM JONES, ) | |
| ) | |
| Defendants. ) | |

## **MEMORANDUM AND ORDER**

This is a pro se prisoner's civil rights action brought under 42 U.S.C. § 1983 by Dusty Haggard ("Plaintiff"). Upon screening of Plaintiff's amended complaint, the Court entered a Memorandum and Order permitting this action to proceed as to Plaintiff's deliberate indifference claims against the above-named defendants [Doc. 6]. The Memorandum and Order directed the Clerk's Office to send Plaintiff service packets (a blank summons and USM Form 285) for the above defendants and ordered Plaintiff to complete those service packets and return them to the Clerk's office within twenty (20) days of receipt of the Memorandum and Order [*Id.* at 9]. Plaintiff was forewarned that the failure to return the completed service packets within the time required could jeopardize his prosecution of this action [*Id.*].

The Court's Memorandum and Order were entered on August 16, 2018, and the docket reflects that a copy of the Memorandum and Order, along with the service packets, were mailed to Plaintiff on that date to Plaintiff's listed address of record [Doc. 6]. On November 26, 2018, that mail was returned as "refused" [Doc. 7].

Far more than twenty days have passed since the Court's Memorandum and Order directing Plaintiff to return the service packets was entered and, as of the date of this Order, the service packets have not been completed or returned.

Accordingly, it is **ORDERED** that Plaintiff shall **SHOW CAUSE**, in writing, within **fifteen (15) days** of receipt of this Order as to why his case against the remaining Defendants should not be dismissed for want of prosecution and for failure to comply with this Court's previous Order. Plaintiff is **NOTIFIED** that, if he fails to timely comply with this Order, this action **will** be dismissed with prejudice.

**SO ORDERED.**

                                            s/ Thomas W. Phillips
                                        SENIOR UNITED STATES DISTRICT JUDGE